```
KAYLYN DARRIELLE LEWIS        HATTIESBURG CLINIC            US ATTORNEY GENERAL
100 FOXGATE AVE.              415 SOUTH 28TH AVE            US DEPT OF JUSTICE
APT. 21C                      HATTIESBURG, MS 39401         950 PENNSYLVANIA AVENW
HATTIESBURG, MS 39402                                       WASHINGTON, DC 20530-00


THOMAS C. ROLLINS, JR.        INTERNAL REVENUE SERVI
THE ROLLINS LAW FIRM, PLLC    CENTRALIZED INSOLVENCY
P.O. BOX 13767                P.O. BOX 7346
JACKSON, MS 39236             PHILADELPHIA, PA 19101-7346


BEST EGG                      INTERNAL REVENUE SERVI
ATTN: BANKRUPCTY              C/O US ATTORNEY
PO BOX 42912                  501 EAST COURT ST
PHILADELPHIA, PA 19101        STE 4.430
                              JACKSON, MS 39201


CAPITAL ONE                   RAUSCH STURM LLP
ATTN: BANKRUPTCY              P.O. BOX 312277
PO BOX 30285                  ENTERPRISE, AL 36331
SALT LAKE CITY, UT 84130


CFNA                          SMITH, ROUCHON & ASSOC
ATTN: BANKRUPTCY              SRA
PO BOX 81315                  1456 ELLIS AVE
CLEVELAND, OH 44181           JACKSON, MS 39204


CHASE CARD SERVICES           SYNCB
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
PO BOX 15299                  P.O. BOX 965065
WILMINGTON, DE 19850          ORLANDO, FL 32896


CORNERSTONE                   SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY
120 N SEVEN OAKS DR           PO BOX 965060
KNOXVILLE, TN 37922           ORLANDO, FL 32896


CREDIT ONE BANK               SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY DEPT.
6801 CIMARRON RD              P.O. BOX 965065
LAS VEGAS, NV 89113           ORLANDO, FL 32896


DISCOVER FINANCIAL            UPLIFT, INC.
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 30943                  440 N WOLFE RD
SALT LAKE CITY, UT 84130      SUNNYVALE, CA 94085
```