Certificate Number: 12433-MSS-DE-040365202

Bankruptcy Case Number: 25-51776



12433-MSS-DE-040365202

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2025</u>, at <u>2:15</u> o'clock <u>PM CST</u>, <u>Kaylyn D. Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>December 1, 2025</u>

By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>