CASE ADMINISTRATOR: FONDA BONEY

**9:00**

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: January 07, 2026

IN RE:                                                                                          CHAPTER 13 PROCEEDING:

KAYLYN DARRIELLE LEWIS                                                          25-51776 KMS
100 Foxgate Ave.
Apt. 21C
Hattiesburg, MS  39402

APPEARANCES:
( ) DEBTOR 1                                                    ( ) DEBTOR 2
    ( ) Required Picture ID Produced                 ( ) Required Picture ID Produced
    ( ) Required SSN Verification                        ( ) Required SSN Verification

(✗) ATTORNEY FOR DEBTOR: THOMAS C. ROLLINS, JR   JC

(✗) CREDITOR(S):  None

( ) THE MEETING OF CREDITORS WAS HELD

( ) THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON:
    D in Hosp

(✗) THE MEETING OF CREDITORS IS ADJOURNED TO  2 / 2 / 2026 AT  1:30 A.M./**P.M.**

| | | |
|---|---|---|
| PRIOR FILINGS | ___ Y | ___ N |
| LAWSUITS PENDING | ___ Y | ___ N |
| CHILD SUPPORT | ___ Y | ___ N |
| CURRENT WITH PAYMENTS | ___ Y | ___ N |
| CERT. OF CREDIT COUSELING | ___ Y | ___ N |

TAX REFUND REC'D    Y / N        AMOUNT $ _____        DATE REC'D ___ / ___ / ___

ADDITIONAL NOTES: _____

TRAK # 007                                                        /s/ David Rawlings
                                                                          DAVID RAWLINGS, TRUSTEE
                                                                          PRESIDING OFFICER