United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51776-KMS
Kaylyn Darrielle Lewis Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 1
Date Rcvd: Jan 07, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kaylyn Darrielle Lewis, 100 Foxgate Ave., Apt. 21C, Hattiesburg, MS 39402-2128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kaylyn Darrielle Lewis trollins@therollinsfirm.com  jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3



**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 7, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: KAYLYN DARRIELLE LEWIS  CASE NO. 25-51776-KMS
DEBTOR(S)  CHAPTER 13

### ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to February 2, 2026, at 1:30 PM. **PLEASE TAKE NOTICE** that the said meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

   **Trustee: David Rawlings**
   Go to zoom .us/join, enter Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361
   For additional meeting information go to: www.justice.gov/ust/moc

   Please do not appear in person for the meeting. Debtor(s) must join ZOOM as described above to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until February 17, 2026.

3. The Confirmation Hearing is continued and reset for March 17, 2026, at 1:30 PM, in the Bankruptcy Courtroom, William Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi 39401. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3). Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

Submitted by:

/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS 39403
ecfnotices@rawlings13.net

Page 1 of 1