United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51776-KMS
Kaylyn Darrielle Lewis Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Feb 19, 2026      Form ID: n031      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kaylyn Darrielle Lewis, 100 Foxgate Ave., Apt. 21C, Hattiesburg, MS 39402-2128 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594104 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 19 2026 20:03:30 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5594106 | + | Email/Text: BKPT@cfna.com | Feb 19 2026 19:58:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5596262 | | Email/Text: BKPT@cfna.com | Feb 19 2026 19:58:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5594105 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 20:03:29 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5605570 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2026 20:03:31 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5594107 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 19 2026 20:03:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5594108 | ^ | MEBN | Feb 19 2026 19:53:42 | Cornerstone, Attn: Bankruptcy Dept, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5594109 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 20:03:33 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5594110 | | Email/Text: mrdiscen@discover.com | Feb 19 2026 19:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5594111 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Feb 19 2026 19:59:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5594113 | + | Email/Text: ebone.woods@usdoj.gov | Feb 19 2026 19:58:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5594112 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2026 19:58:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5610351 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 19:59:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5602854 | + | Email/Text: RASEBN@raslg.com | Feb 19 2026 19:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5610555 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: n031 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 5599857 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2026 19:58:00 | PO Box 10587, Greenville, SC 29603-0587<br>Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5594114 | ^ | MEBN | Feb 19 2026 19:54:23 | Rausch Sturm LLP, P.O. Box 312277, Enterprise, AL 36331-2277 |
| 5618226 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594115 | + | Email/Text: Tracey@sra-inc.net | Feb 19 2026 19:58:00 | Smith, Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5594116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 20:03:29 | Syncb, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5616181 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2026 20:03:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5594118 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 20:03:32 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 5594117 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2026 20:03:29 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5594119 | | Email/Text: bankruptcies@uplift.com | Feb 19 2026 19:58:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 5594120 | ^ | MEBN | Feb 19 2026 19:53:51 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5605093 | + | Email/Text: EBN@edfinancial.com | Feb 19 2026 19:58:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

**Name**              **Email Address**

David Rawlings

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Feb 19, 2026 | Form ID: n031 | Total Noticed: 27 |

ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr

on behalf of Debtor Kaylyn Darrielle Lewis trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51776−KMS
**Chapter:** 13

**In re:**

Kaylyn Darrielle Lewis
100 Foxgate Ave.
Apt. 21C
Hattiesburg, MS 39402

### Notice of Entry of Order Confirming Plan

The Court entered an Order on February 19, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 19, 2026                    Danny L. Miller, Clerk of Court